■ In the Matter of NAOMI J. and Another, Children Alleged to be Neglected. DAMON R., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent. [923 NYS2d 467]—

Order of disposition, Family Court, New York County (Rhoda J. Cohen, J.), entered on or about June 12, 2009, which, upon a finding that respondent father neglected Naomi J., and derivatively neglected Damon R. Jr. (also known as Damien R.), placed Naomi J. in the custody of the Commissioner of Social Services until completion of the next permanency hearing and released Damon R. Jr. to the custody of nonrespondent mother, with supervision by petitioner Administration for Children's Services until February 19, 2010, unanimously affirmed, without costs. Appeals from order, same court and Justice, entered on or about August 5, 2008, which granted the application of respondent father and nonrespondent mother for the return of Damon R. Jr. pending a final order of disposition, unanimously dismissed, without costs, as moot.

The finding of neglect is supported by a preponderance of the evidence (Family Ct Act § 1046 [b] [i]) showing that respondent inflicted excessive corporal punishment upon his daughter Naomi (Family Ct Act § 1012 [f] [i] [B]), by beating her and leaving bruises on her arm and under her eye (see Matter of Jazmyn R. [Luceita F.], 67 AD3d 495 [2009]). The out-of-court statement of the child to her teacher was corroborated by the teacher's observation of the bruises on the child's arm and face (see Matter of Nicole V., 71 NY2d 112, 118 [1987]; Jazmyn R., 67 AD3d at 495).

Respondent's use of excessive corporal punishment against Naomi supports the finding of derivative neglect as to Damon R. Jr. (see Family Ct Act § 1046 [a] [i]; Matter of Deivi R. [Marcos R.], 68 AD3d 498, 499 [2009]). Concur—Tom, J.P., Saxe, Catterson, Moskowitz and Manzanet-Daniels, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDERICK BOYKIN, Appellant. [922 NYS2d 218]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (James A. Yates, J.), rendered on or about December 2, 2008, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Tom, J.P., Saxe, Catterson, Moskowitz and Manzanet-Daniels, JJ.